1  Sean C. Ferry (SBN 310347)
   sferry@rasflaw.com
2  Robertson, Anschutz & Schneid, P.L.
   11622 El Camino Real, Suite 100
3  San Diego, CA 92130
   Telephone: (561) 241-6901 ext. 2036

4  Attorneys for Secured Creditor
   U.S. Bank, National Association, as Trustee
5  for Asset Backed Securities Corporation
   Home Equity Trust, Series 2005-HE2, Asset
6  Backed Pass-Through Certificates, Series
   2005-HE2

7

## UNITED STATES BANKRUPTCY COURT

8

## SOUTHERN DISTRICT OF CALIFORNIA - SAN DIEGO DIVISION

9  In re                                CASE NO.: 17-06170-CL7
                                         CHAPTER 7
10 Charles A DeFazio, Jr.,
                                         D.C. No. RAS - 1
11    Debtor.

12                                       DECLARATION IN SUPPORT OF
                                         MOTION FOR RELIEF FROM
13                                       AUTOMATIC STAY

14

15 I, _____Javier Rivera_____, declare under penalty of perjury as follows:

16     1.   I am over the age of eighteen and am authorized to make this declaration on behalf
       of OCWEN LOAN SERVICING, LLC.

17     2.   I am employed as a ___Contract Management Coordinator___ for OCWEN LOAN
18 SERVICING, LLC. In this position, I have access to the business records of OCWEN LOAN

19 SERVICING, LLC and my responsibilities include ascertaining and verifying amounts due and

20 payable as to delinquent bankruptcy accounts. This Declaration is provided in support of the

21 Motion for Relief from Stay (the "Motion") filed contemporaneously herewith.

22

23                                    - 1 -                    CASE NO. 17-06170-CL7
   **DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

3. I make this declaration based upon my review of the records with regard to this underlying loan transaction, which are kept in the ordinary course of business of OCWEN LOAN SERVICING, LLC. I have personal knowledge of and am familiar with the types of records maintained by OCWEN LOAN SERVICING, LLC in connection with the loan that is the subject of the Motion (the "Loan") and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of OCWEN LOAN SERVICING, LLC, that pertain to the Loan and extensions of credit given to Debtor(s) concerning the property securing such Loan.

4. The information in this declaration is taken from OCWEN LOAN SERVICING, LLC'S business records regarding the Loan. The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in the course of OCWEN LOAN SERVICING, LLC's regularly conducted business activities; and (c) it is the regular practice of OCWEN LOAN SERVICING, LLC, to make such records.

5. OCWEN LOAN SERVICING, LLC, is the servicer of the loan and is authorized to act on behalf of the holder of the Note, U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates, Series 2005-HE2.

6. The Debtor AKA Charles A. DeFazio has executed and delivered or is otherwise obligated with respect to that certain promissory note (the "Note"), dated December 8, 2004, in favor of Allstate Lending Group, Inc., A California Corporation , in the original principal sum of $494,100.00.

- 2 -     CASE NO. 17-06170-CL7
**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

7.  The Debtor AKA Charles A. DeFazio has executed and delivered or is otherwise obligated with respect to that certain Deed of Trust, encumbering certain real property commonly known as 1584 Via Botero, Oceanside, California 92056 (the "Property"). Pursuant to that certain Deed of Trust referenced in the Motion (the "Deed of Trust"), all obligations of the Debtor(s) under and with respect to the Deed of Trust are secured by the Property.

8.  The Note, Deed of Trust and Supplemental Riders, Amendments, Modifications, and Assignments, if any, are attached hereto as Composite Exhibit "A" and are true and correct copies of the originals, with certain sensitive personal identifiable information redacted from the document.

9.  As of November 14, 2017, there are one or more defaults in paying Debtor contractual amounts due with respect to the Note.

10. As of November 14, 2017, the total unpaid principal balance of the Note is $521,635.77, which includes the unpaid principal balance of $496,375.00 and a deferred principal balance of $25,260.77.

SPACE INTENTIONALLY LEFT BLANK

- 3 -     CASE NO. **17-06170-CL7**
**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

11. The following chart sets forth those contractual payments, due pursuant to the terms of the Note that have been missed by the Debtor as of November 14, 2017:

| Number of Missed Payments | From | To | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 3 | 9/1/2016 | 11/1/2016 | $1,812.89 | $513.52 | $2,326.41 | $6,979.23 |
| 5 | 12/1/2016 | 4/1/2017 | $1,812.89 | $517.78 | $2,330.67 | $11,653.35 |
| 7 | 5/1/2017 | 11/1/2017 | $1,812.89 | $540.34 | $2,353.23 | $16,472.61 |
| Less contractual partial payments (suspense balance): | | | | | | ($0.00) |
| Total: | | | | | | **$35,105.19** |

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of Dec., 2017.

_____
Signature
Javier Rivera
Name
Contract Management Coordinator
Title

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this 8th day of December, 20 16, by Javier Rivera as Contract Management Coordinator for Ocwen Loan Servicing, LLC who is the servicer for U.S. Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Trust, Series 2005-HE2, Asset Backed Pass-Through Certificates, Series 2005-HE2, who is <u>personally known</u> to me or who has produced _____ as identification.

_____
Signature of Notary Public
Name of Notary Public: Christian Lazu

Notary Public State of Florida
Christian Lazu
My Commission FF 903931
Expires 07/27/2019

Personally known: ✓
Or Produced Identification: —
Type of Identification Produced: —

- 4 -                                      CASE NO. **17-06170-CL7**
**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**