# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | CHARLES A DEFAZIO |
| **Case Number:** | 17-06170-CL7    **Chapter:** 7 |
| **Date / Time / Room:** | MONDAY, JANUARY 08, 2018 10:00 AM   DEPARTMENT 5 |
| **Bankruptcy Judge:** | CHRISTOPHER B. LATHAM |
| **Courtroom Clerk:** | JILLMARIE MCGREW |
| **Reporter / ECR:** | KAREN CARTER |

### Matter:

MOTION FOR RELIEF FROM STAY , RS #RAS-1 FILED BY U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ASSET BACKED SECURITIES CORPORATION HOME EQUITY TRUST, SERIES 2005-HE2, ASSET BACKED PASS-THROUGH CERTIFICATES , SERIES 2005-HE2

### Appearances:

THOMAS B. GORRILL, SPECIALLY APPEARING FOR SEAN C FERRY/ATTY FOR U.S. BANK NA
CHARLES A. DEFAZIO, JR.

### Disposition:

Court finds cause to grant stay relief under Section 362(d)(2).
Debt on subject property exceeds its value by at least $83,000.

On that basis, motion for relief from stay granted under Section 362(d)(2).
Waiver of 14-day stay under Rule 4001(a)(3) granted.

Debtor asserts that he is negotiating short sale with Ocwen.
Debtor is free to continue those efforts.

Order to be prepared by Movant's counsel.  Lodgment waived.


cc: Charles A. DeFazio, Jr. (Pro Se Debtor)